MARK J. REICHEL, State Bar #155034
THE LAW OFFICES OF MARK J. REICHEL
455 CAPITOL MALL, 3rd FLOOR, Suite 350
Sacramento, California 95814
Telephone: (916) 498-9258
FAX:    (916) 441-6553
mark@reichellaw.com
www.reichellaw.com

Attorney for Defendant
JEFFREY BARNES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>JEFFREY BARNES<br><br>        Defendant.<br>_____ | Case No. CR.S-09-430-JAM<br><br>STIPULATION TO SET NEW DATE FOR STATUS CONFERENCE AND LIKELY CHANGE OF PLEA; ORDER THEREON<br><br>(Defendant Out Of Custody)<br><br>April 13, 2010<br>9:30 a.m.<br>Honorable John A. Mendez |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, JARED DOLAN, Assistant United States Attorney, attorney for Plaintiff, and MARK J. REICHEL, Esq., attorney for defendant, that the present date for the hearing be vacated and re calendared for April 13, 2010 at 9:30 a.m.

     This continuance is requested as defense counsel needs adequate time to prepare for the case, is in a jury trial in San Jose Federal Court from March 22, 2010 until April 6, 2010, and there has been an apparent plea agreement reached between the parties for resolution of the matter. The plea agreement was provided on March 3, 2010 and the parties have been negotiating since that time, defense counsel is reviewing same and Stipulation

advising his client.

Based upon the foregoing, the parties and defendant agree that time under the Speedy Trial Act from the date of March 3, 2010 through April 13, 2010 should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(7)(B)(iv) and Local Code T4.

DATED: March 11, 2010.          Respectfully submitted,

                                MARK J. REICHEL, ESQ.

                                /s/ MARK J. REICHEL
                                MARK J. REICHEL
                                Attorney for defendant
                                JEANNE SPAICH


                                BENJAMIN WAGNER
                                United States Attorney

DATED: March 11, 2010.          /s/MARK J. REICHEL for:
                                JARED DOLAN
                                Assistant U.S. Attorney
                                Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(7)(B)(iv) and Local Code T4.

DATED: March 11, 2010.          /s/ John A. Mendez
                                THE HONORABLE JOHN A. MENDEZ
                                United States District Court

Stip and Order                  2