MARK J. REICHEL, State Bar #155034
THE LAW OFFICES OF MARK J. REICHEL
455 CAPITOL MALL, 3rd FLOOR, Suite 350
Sacramento, California 95814
Telephone: (916) 498-9258
FAX:    (916) 441-6553
mark@reichellaw.com
www.reichellaw.com

Attorney for Defendant
JEFFREY BARNES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR.S-09-430-JAM |
| Plaintiff, | |
| v. | STIPULATION TO SET NEW DATE FOR STATUS CONFERENCE AND LIKELY CHANGE OF PLEA; ORDER THEREON |
| JEFFREY BARNES | (Defendant Out Of Custody) |
| Defendant. | May 4, 2010<br>9:30 a.m.<br>Honorable John A. Mendez |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, JARED DOLAN, Assistant United States Attorney, attorney for Plaintiff, and MARK J. REICHEL, Esq., attorney for defendant, that the present date for the hearing be vacated and re calendared for May 4 2010 at 9:30 a.m.

This continuance is requested as defense counsel needs time to obtain records to determine defendant's criminal history for USSG purposes; counsel was in a jury trial in San Jose Federal Court from March 22, 2010 until April 6, 2010, and there has been an apparent plea agreement reached between the parties for resolution of the matter. The plea agreement was provided on March 3, 2010 and the parties have been negotiating since that

Stipulation

time, defense counsel is reviewing same and advising his client.

Based upon the foregoing, the parties and defendant agree that time under the Speedy Trial Act from the date of April 13, 2010 through May 4, 2010 should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(7)(B)(iv) and Local Code T4.

DATED: April 9, 2010.          Respectfully submitted,

                               MARK J. REICHEL, ESQ.

                               /s/ MARK J. REICHEL
                               MARK J. REICHEL
                               Attorney for defendant


                               BENJAMIN WAGNER
                               United States Attorney

DATED: April 9, 2010.     /s/MARK J. REICHEL for:
                               JARED DOLAN
                               Assistant U.S. Attorney
                               Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(7)(B)(iv) and Local Code T4.

DATED: April 9, 2010.          /s/ John A. Mendez
                               THE HONORABLE JOHN A. MENDEZ
                               United States District Court

Stip and Order                          2