1  MARK J. REICHEL, State Bar #155034
   THE LAW OFFICES OF MARK J. REICHEL
2  455 CAPITOL MALL, 3rd FLOOR, Suite 350
   Sacramento, California  95814
3  Telephone: (916) 498-9258
   FAX:    (916) 441-6553
4  mark@reichellaw.com
   www.reichellaw.com
5
   Attorney for Defendant
6  JEFFREY BARNES

7

8            IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,       )
                                   )  Case No.  CR.S-09-430-JAM
12          Plaintiff,             )
                                   )
13    v.                           )  STIPULATION TO SET NEW DATE
                                   )  FOR STATUS CONFERENCE AND
14                                 )  CHANGE OF PLEA; ORDER
                                   )  THEREON
15 JEFFREY BARNES                  )
                                   )  (Defendant Out Of Custody)
16          Defendant.
                                      DATE: May 11, 2010
17  _____       9:30 a.m.
                                      Honorable John A. Mendez
18

19      **IT IS HEREBY STIPULATED** by and between the parties hereto through their

20 respective counsel, JARED DOLAN, Assistant United States Attorney, attorney for

21 Plaintiff, and MARK J. REICHEL, Esq., attorney for defendant, that the present date for

22 the hearing be vacated and re calendared for May 11, 2010 at 9:30 a.m.

23      This continuance is requested as defense counsel needs adequate time to prepare for

24 the case, and the parties have reached a plea agreement but the defendant's criminal

25 history has yet to be fully calculated by defense counsel and he needs additional time to

26 determine the exact guidelines which will be used in the case.

27

28 Stipulation

Based upon the foregoing, the parties and defendant agree that time under the Speedy Trial Act from the date of April 30, 2010 through May 11, 2010 should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(7)(B)(iv) and Local Code T4.

DATED: April 30, 2010.          Respectfully submitted,

                                          MARK J. REICHEL, ESQ.

                                          /s/ MARK J. REICHEL
                                          MARK J. REICHEL
                                          Attorney for defendant

                                          BENJAMIN WAGNER
                                          United States Attorney

DATED: April 30, 2010.          /s/MARK J. REICHEL for:
                                          JARED DOLAN
                                          Assistant U.S. Attorney
                                          Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(7)(B)(iv) and Local Code T4.

DATED: April  30, 2010.          /s/ John A. Mendez
                                          THE HONORABLE JOHN A. MENDEZ
                                          United States District Court