MARK J. REICHEL, State Bar #155034
THE LAW OFFICES OF REICHEL & PLESSER
455 CAPITOL MALL, 3rd FLOOR, Suite 350
Sacramento, California  95814
Telephone: (916) 498-9258
FAX:       (916) 441-6553
mark@reichellaw.com
www.reichellaw.com

Attorney for Defendant
JEFF BARNES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>             )<br>         Plaintiff, )<br>             )<br>    v.       )<br>             )<br>             )<br>             )<br>JEFF BARNES    )<br>             )<br>         Defendant. )<br>_____ | Case No. CR-S-09-430 JAM<br><br>**ORDER CONTINUING DATE FOR SELF SURRENDER**<br><br>Judge: Hon. John A. Mendez |

Defendant, JEFFREY BARNES, through his attorney, hereby requests an Order re setting the date for his self surrender of sentence to February 18, 2011.

<u>Grounds for request</u>:

Mr. Banes's mother, Linda Barnes, as referenced in the Probation Report, is undergoing chemotherapy treatment for advanced liver cancer. She begins her chemotherapy on Jan 19, 2011. Mr. Barnes is her only care provider, her only means of transportation, and the sole person she relies on for assistance of all her daily needs.

Order extending date for self surrender

1    After his sentencing, Mr. Barnes spent almost a month
2 screening qualified applicants to find a caregiver who could
3 take care of his mother, get her to her Chemotherapy
4 appointments and all her other appointments, and provide her
5 the necessary care and help she needs. A woman named Jennie
6 was hired.  She was fired last week when she was caught
7 stealing medication and jewelry within the first month of her
8 new duties. Jeannie had been employed with Ms. Barnes part
9 time as a cleaning person and had never had any issues
10 regarding theft.
11    Mr. Barnes is now trying to find a friend or relative
12 who can step in and provide the assistance.
13    As well, the permanent long term care of Ms. Barnes, as
14 well as addressing her immediate financial needs during her
15 illness, involves Jeff Barnes' current job. He is currently
16 rehabilitating a double wide mobile home on 3 acres, which he
17 is being paid to remodel, as well as being granted the
18 opportunity for Ms. Barnes to be the long term tenant. He has
19 been working part time on the dwelling for 10 weeks now, and
20 still has about 3 weeks to go. As soon as the repairs are
21 complete, he will be moving his mother in.  It will be a
22 safer, more affordable place of residence for Ms. Barnes
23 while she battles her cancer.
24   She begins her Chemotherapy program Jan 19th, and it will
25 last 8 to 12 weeks depending on how she is responding to
26 treatment.  The caretaker will need to assist in that entire
27 time period. Mr. Barnes desires to find a qualified person in
28 the next few weeks and hand the duties off to that person at

Order extending date for self surrender        2

that time.

Mr. Barnes's was sentenced to a period of 18 months, and was ordered to self surrender on January 14, 2011.

DATED: January 12, 2011     /s/ MARK J. REICHEL
                            MARK J. REICHEL
                            Attorney for Defendant

I do not oppose this request.

/S/JARED DOLAN
JARED DOLAN, ESQ.
ASSISTANT UNITED STATES ATTORNEY

**O R D E R**

**IT IS SO ORDERED.** The date for self surrender is extended to February 18, 2011.  All prior terms and conditions of sentencing and release shall remain in full force and effect.

DATED: JANUARY 13, 2011.


          /s/ John A. Mendez
          THE HONORABLE JOHN A. MENDEZ
          United States District Court

Stip and Order                          3