1  MARK J. REICHEL, State Bar #155034
   THE LAW OFFICES OF MARK J. REICHEL
2  455 CAPITOL MALL, 3rd FLOOR, Suite 350
   Sacramento, California  95814
3  Telephone: (916) 498-9258
   FAX:     (916) 441-6553
4  mark@reichellaw.com
   www.reichellaw.com

Attorney for Defendant
JEFFREY BARNES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  CR.S-09-430-JAM |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | EX PARTE REQUEST TO EXTEND SELF SURRENDER DATE; ORDER THEREON |
| JEFFREY BARNES | ) | (Defendant Out Of Custody) |
| Defendant. | ) | February 18, 2011 |
| _____ | | Honorable John A. Mendez |

**Defendant requests an extension of the self surrender date to March 15, 2011. The reasons are set forth in the attached exhibits.**

DATED: February 18, 2011.          Respectfully submitted,

                                   MARK J. REICHEL, ESQ.

                                   /s/ MARK J. REICHEL
                                   MARK J. REICHEL
                                   Attorney for defendant

Order Extending Self Surrender

# O R D E R

The date and time for self surrender are continued to February 25, 2011 at 2 p.m. The Court will require further documentation for any additional requests for a continuance of the surrender date. All other terms and conditions of the defendant's sentence and release are in full force and effect.

**IT IS SO ORDERED.**

DATED: February 18, 2011.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
United States District Court

Order Extending Self Surrender            2